# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DADRAIN BANKS**                                              **PLAINTIFF**

**V.**               **CASE NO. 4:19-CV-291-DPM-BD**

**PULASKI COUNTY SHERIFF DEPT,** *et al.*                    **DEFENDANTS**

## ORDER

Plaintiff Dadrain Banks filed the complaint in this case while held in Pulaski County Detention Facility. (Docket entry #1) For screening purposes, Mr. Banks has stated claims for unconstitutional conditions of confinement against Defendants Vance, Waters, and Scott.

The Clerk of Court is directed to prepare summonses for Defendants Vance, Waters, and Scott. The United States Marshal is directed to serve copies of the complaint, with any attachments (#1), the amended complaint (#14) and summonses for Defendants Vance, Waters, and Scott without requiring prepayment of fees and costs or security. Service for Defendants Vance, Waters, and Scott should be through the Pulaski County Detention Facility, 3201 West Roosevelt Road, Little Rock, Arkansas 72204.

IT IS SO ORDERED, this 18th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE