# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DADRAIN BANKS                         PLAINTIFF

v.                  No. 4:19-cv-291-DPM-BD

PULASKI COUNTY SHERIFF
DEPARTMENT, *et al.*                   DEFENDANTS

## ORDER

Magistrate Judge Deere's pending partial recommendation was initially returned undelivered; but a copy resent to Banks's updated address has not been returned. The Court adopts the unopposed partial recommendation. № 37-1; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Banks may proceed with his conditions of confinement claim against Vance, Waters, and Scott. All other claims and Defendants are dismissed without prejudice; and Banks's supplemented motions to amend, № 16 & № 20, are denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2019