IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DADRAIN BANKS**                                                                                          **PLAINTIFF**

**V.**                           **CASE NO. 4:19-CV-291-BD**

**PULASKI COUNTY SHERIFF DEPT.,** *et al*.                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 31st day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE