# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DADRAIN BANKS                                                                          PLAINTIFF

V.                                    CASE NO. 4:19-CV-291-BD

PULASKI COUNTY SHERIFF DEPT., *et al*.                                    DEFENDANTS

## ORDER

Plaintiff Dadrain Banks has filed a motion to reconsider the order dismissing his case. (Doc. No. 76) His case was dismissed on a motion from Defendants based on Mr. Banks's failure to timely comply with a Court order to respond to discovery. (Doc. No. 67) Mr. Banks now argues he was in the State Hospital and did not receive the Court's order until March 4, 2020.

For good cause, the motion to reconsider is GRANTED. The order dismissing this lawsuit is hereby vacated. Mr. Banks must respond to the interrogatories and requests for production propounded on August 7, 2019. He must respond to these discovery requests within 14 days or risk dismissal of this case.

The Clerk of the Court is directed to send Mr. Banks a copy of the outstanding interrogatories and request for production. (Doc. No. 61-1)

IT IS SO ORDERED, this 11th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE