## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DADRAIN BANKS**                                                                                          **PLAINTIFF**

**V.**                                **CASE NO. 4:19-CV-291-BD**

**PULASKI COUNTY SHERIFF DEPT.,** *et al.*                                           **DEFENDANTS**

### ORDER

Plaintiff Dadrain Banks, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 1) All mail sent to Mr. Banks since March 23, 2020 has been returned to the Court as undeliverable. (Docs. No. 81, 82, 84, 85, 86, 87) A plaintiff who is not represented by counsel is required to promptly notify the Court as to any change in address. Local Rule 5.5. The purpose of the rule is to allow the Court and other parties to communicate with plaintiffs.

On March 24, 2020, the Court ordered Mr. Banks to provide his current address within 30 days. (Doc. No. 83) In that order, the Court specifically cautioned Mr. Banks that his claims could be dismissed if he failed to update his address, as ordered. To date, Mr. Banks has failed to comply with the March 24 Order.

Mr. Banks's claims are DISMISSED, without prejudice, based on his failure to provide the Court with his address.

IT IS SO ORDERED, this 5th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE