# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DADRAIN BANKS**                                                                **PLAINTIFF**

**V.**                     **CASE NO. 4:19-CV-291-BD**

**PULASKI COUNTY SHERIFF DEPT.,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 5th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE