# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DADRAIN BANKS**                                                  **PLAINTIFF**

**VS.**                         **NO. 4:19-CV-00291-ERE**

**ANTONIO WATERS**                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for Defendant Antonio Waters

IT IS SO ORDERED this 1st day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE